UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

WILLIAM SIZEMORE, and
TINA WILKS,

    Plaintiffs,                         CASE NO.  1:10-CV-69(WLS)

vs.

MHP MANAGER, LLC,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF RESOLUTION

Plaintiffs' hereby notify the Court that this matter was amicably resolved between the parties, with each side to bear their own fees and costs.  Plaintiffs request that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

I HEREBY CERTIFY that a copy of the foregoing and attached have been furnished by CM/ECF service to all counsel of record this 31st day of August, 2011.

Respectfully submitted,

/s/ Erika E. Goodman
Erika E. Goodman (FBN 0060951)
ERIKA E. GOODMAN, P.A.
2931 Kerry Forest Parkway
Suite 202 (32309)
P.O. Box 15194
Tallahassee, FL 32317
Telephone:  (850) 210-1100
Facsimile: (850) 210-1190
erika@erikagoodmanlaw.com