UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WILLIAM SIZEMORE and TINA WILKS, | : : : |
| Plaintiffs, | : CIVIL ACTION NO.: 1:10-CV-69 (WLS) |
| | : : |
| MHP MANAGER LLC, | : : |
| Defendant. | : |

## STIPULATED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Petition for Approval of Settlement with Regard to Plaintiff Tina Wilks and Dismissal with Prejudice as to Plaintiff Tina Wilks and Plaintiff William Sizemore and for good cause shown, the Court determines that the settlement proposed by Defendant MHP Manager LLC and Plaintiff Wilks is a fair and reasonable resolution of a bona fide dispute between the parties over the Fair Labor Standards Act's provisions as they apply to Plaintiff Wilks. The Court therefore approves the settlement. Pursuant to the terms of the settlement as reflected in the Settlement Agreement and Release, and the joint motion of the parties, the above-captioned action is dismissed with prejudice in its entirety as to both Plaintiffs Sizemore and Wilks. Each party shall be responsible for bearing his, her, or its own costs and attorneys' fees not otherwise contemplated in the Agreements.

SO ORDERED this 20th day of October, 2011.

THE HONORABLE W. LOUIS SANDS
United States District Court
Middle District of Georgia

1516842.1